NUMBER 13-07-00538-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE CASSIE CUMBY


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Vela


Per Curiam Memorandum Opinion (1)



 Relator, Cassie Cumby, filed a petition for writ of mandamus and motion for
temporary orders in the above cause on September 5, 2007. The Court granted the
motion for temporary orders and requested that the real party in interest file a response by
September 17, 2007. 

 The Court, having examined and fully considered the petition for writ of mandamus
and response thereto, is of the opinion that relator has not shown herself entitled to the
relief sought. Accordingly, the stay previously imposed by this Court is ordered LIFTED
and the petition for writ of mandamus is DENIED. See Tex. R. App. P. 52.8(a), 52.10(b). 


 PER CURIAM



Memorandum Opinion delivered and filed

this 15th day of October, 2007.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).